IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:21-cv-0478-DSC

| | | |
|---|---|---|
| CATHERINE N. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed a Motion for approval of attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of $9,000.00 and $402.00 in filing fees. After consultation, the parties agreed that the amount of $9,000.00 and $402.00 in filing fees should be paid to Plaintiff in full satisfaction of any and all claims for fees in this case.

It is ORDERED that Defendant shall pay Plaintiff $9,000.00 in attorney's fees in full satisfaction of all claims arising under the EAJA. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to her attorney in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA.

Plaintiff shall be paid $402.00 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).,

**SO ORDERED**.

Signed: July 22, 2022

David S. Cayer
United States Magistrate Judge